UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.M. and J.M., individually and on behalf of R.M., a
child with a disability,

                          Plaintiffs,

            -against-

NEW YORK CITY DEPARTMENT OF EDUCTION,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/9/2026__

25 Civ. 8680 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received the stipulation of settlement and settlement agreement filed at ECF Nos. 18 and 18-1, respectively.  If the parties wish for the Court to retain jurisdiction over this case to enforce the terms of the settlement agreement, by **February 23, 2026,** the parties shall re-file the settlement agreement, including a clause providing that the Court shall retain jurisdiction to enforce the settlement agreement for a period of one year.

            SO ORDERED.

Dated: February 9, 2026
       New York, New York

_____
            ANALISA TORRES
      United States District Judge